# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEON PAUL SQUARE

NO. 2026 KW 0480

**JUNE 1, 2026**

---

In Re:     Leon Paul Square, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4453-F-2024.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.** The St. Tammany Parish Office of the Clerk of Court record reflects the motion for reinstatement of bond was acted upon by the district court on April 14, 2026.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.